# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-2514
_____

TONY O. MOBLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Madison County.
Mark E. Feagle, Judge.


February 27, 2026

PER CURIAM.

DISMISSED as untimely.

BILBREY, NORDBY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Tony O. Mobley, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee; Amber Kourofsky, Assistant General Counsel, Department of Corrections, Tallahassee, for Appellee.